No. D–37. IN RE DISBARMENT OF HANKINSON. It is ordered that Christopher Ker Hankinson, of Vienna, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 73–1933. UNITED STATES v. CITIZENS & SOUTHERN NATIONAL BANK ET AL. Appeal from D. C. N. D. Ga. [Probable jurisdiction noted, ante, p. 893.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Appellees also allotted 15 additional minutes for oral argument.

No. 74–8. O'CONNOR v. DONALDSON. C. A. 5th Cir. [Certiorari granted, ante, p. 894.] Motion of Texas et al. for leave to file a brief as amici curiae denied.

No. 74–5574. WILLIAMS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK. Motion for leave to file petition for writ of mandamus denied.

No. 74–337. DORAN v. SALEM INN, INC., ET AL. Appeal from C. A. 2d Cir. Probable jurisdiction noted.

No. 74–362. INTERCOUNTY CONSTRUCTION CORP. ET AL. v. WALTER, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL. C. A. D. C. Cir. Certiorari granted.

No. 74–653. MICHIGAN v. MOSLEY. Ct. App. Mich. Certiorari granted.